```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2797
```



FILED

AUG 23 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR S 2:10-0362 EJG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RESETTING STATUS CONFERENCE |
| v. | |
| SULAIMEN SAFI, | Date: November 30, 2012 |
| Defendant. | Hon. Edward J. Garcia |

c/ESb

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, and defendant Sulaimen Safi, through his counsel of record, Frank A. Rubino, hereby stipulate and agree that the status conference set for August 24, 2012, be continued to November 30, 2012.

///

///

1

IT IS SO STIPULATED.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: August 23, 2012      By:     /s/Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

DATED: August 23, 2012      By:     /s/ Frank A. Rubino
                                    FRANK A. RUBINO
                                    Attorney for Defendant
                                    Sulaimen Safi
```

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference as set forth above.

**IT IS SO ORDERED.**

DATED: 8/23/12

/s/ Edward J. Garcia
EDWARD J. GARCIA
UNITED STATES DISTRICT COURT JUDGE