UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM & *Order*

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

      RE:  Safi SULAIMEN
         Docket Number:  2:10CR00362-01 *EJG*
         <u>CONTINUANCE OF JUDGMENT
         AND SENTENCING</u>

Your Honor:

Due to the complexity of the case and voluminous discovery, the probation officer is requesting additional time to prepare the presentence report. Therefore, it is respectfully requested that the above-referenced case be continued from November 30, 2012, to on or about January 11, 2013, at 10:00 a.m. The parties have no objections to the continuance. (See attached amended Schedule for Disclosure.)

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

         Respectfully submitted,

         /s/ Ronnie Preap

         **Ronnie Preap**
         **United States Probation Officer**

**REVIEWED BY:**  /s/ Jeffrey C. Oestreicher

         Jeffrey C. Oestreicher
         **Supervising United States Probation Officer**

Dated:  11/16/2012
     Sacramento, California
     RP/jr

Attachment

**FILED**

NOV 21 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

1

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG

RE: **Safi SULAIMEN**
 **Docket Number: 2:10CR00362-01**
 **CONTINUANCE OF JUDGMENT AND SENTENCING**

cc: Clerk, United States District Court
 United States Attorney's Office
 United States Marshal's Office
 Defense Counsel
 Probation Office Calendar clerk

✓ **Approved**

_____  11/21/12
**EDWARD J. GARCIA**
**Senior United States District Judge**   **Date**

___ **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: 2:10CR00362-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Safi SULAIMEN | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 01/11/2013, at 10:00 am |
| Reply, or Statement of Non-Opposition: | 01/04/2013 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 12/28/2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 12/21/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 12/14/2012 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 11/30/2012 |