HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SULAIMEN SAFI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr. S 10-362 WBS |
|---|---|
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| SULAIMEN SAFI, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | |
| | Judge: Honorable WILLIAM B. SHUBB |

Defendant, SULAIMEN SAFI, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On February 11, 2013, this Court sentenced Mr. Safi to a term of 81 months imprisonment;

3. His total offense level was 33, his criminal history category was I, and the resulting guideline range was 135 to 168 months. He received a reduction from the low end of the range on the government's motion;

4. The sentencing range applicable to Mr. Safi was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Safi's total offense level has been reduced from 33 to 31, and his amended guideline range is 108 to 135 months. A reduction comparable to the one he received initially produces a sentence of 64 months. *See* USSG § 1B1.10(b), comment.(n.3 (2014));

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Safi's term of imprisonment to a total term of 64 months. The parties agree that the requested sentence is fair and appropriate pursuant to 18 U.S.C. § 3553(a).

Respectfully submitted,

| | |
|---|---|
| Dated: July 31, 2015 | Dated: July 31, 2015 |
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney | /s/ *Hannah Labaree*<br>HANNAH R. LABAREE<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>SULAIMEN SAFI |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Safi is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 108 to 135 months. A reduction comparable to the one he received initially produces a term of closer to 65 months than 64 months. This sentence is fair and reasonable pursuant to 18 U.S.C. § 3553(a).

IT IS THEREFORE ORDERED that the term of imprisonment imposed in February 2013 is reduced to a term of 65 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Safi shall report to the United States Probation Office within seventy-two hours after his release.

Dated: October 15, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE